[No. 30197-1-II.   Division Two.   April 13, 2004.]

ESTATE OF DAVID V. MORGAN, ET AL., *Appellants*, v. NORTH KITSAP FIRE AND RESCUE, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-2-01754-5, Russell W. Hartman, J., entered April 1, 2003. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, C.J., and Armstrong, J.

[No. 30211-0-II.   Division Two.   April 13, 2004.]

*In the Matter of the Marriage of* ANGELA L. SCHWARY, *Respondent*, and STEPHEN RICHARD SCHWARY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-3-01739-7, Diane M. Woolard, J., entered April 17, 2003. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Houghton, J.

[No. 30386-8-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNY RAE GISH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00492-0, Toni A. Sheldon, J., entered May 15, 2003. *Affirmed* by unpublished opinion per Cox, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 30423-6-II.   Division Two.   April 14, 2004.]

PATRICK J. CUMMINGS, ET AL., *Respondents*, v. EDGATE.COM, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-07623-3, James R. Orlando, J., entered May 23, 2003. *Reversed* by unpublished opinion per Hunt, J., concurred in by Morgan, A.C.J., and Bridgewater, J.